UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

On Crim. No. 09-920

UNITED STATES OF AMERICA v. FRANK WILLIAMS, Defendant (Inmate # 582146, SBI #486161C)

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. FRANK WILLIAMS (Inmate # 582146, SBI #486161C) is now confined at Central Reception and Assignment Facility in Trenton, NJ.

2. Said individual will be required at U.S. District Court, Newark, New Jersey before the Honorable Dennis M. Cavanaugh, on Monday, March 15, 2010 at 11:00 a.m. for an Arraignment in the above-captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: February 23, 2010

JONATHAN W. ROMANKOW
Assistant United States Attorney
(973) 645-2884

---

ORDER FOR WRIT: Let the Writ Issue.

DATED: 2/24/10

HONORABLE DENNIS M. CAVANAUGH
United States District Judge

---

WRIT OF HABEAS CORPUS: The United States of America to
WARDEN OF Central Reception and Assignment Facility

WE COMMAND YOU that you have the body of FRANK WILLIAMS (Inmate # 582146, SBI #486161C) by whatever name called or charged) now confined in Central Reception and Assignment Facility, Box 7450, Trenton, NJ before the United States District Court before the Honorable Dennis M. Cavanaugh, at the U.S. District Court, Newark, New Jersey on Monday, March 15, 2010 at 11:00 a.m.

WITNESS the Honorable Dennis M. Cavanaugh
United States District Judge at Newark, New Jersey

DATED:

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk