UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Mag. No. 09-920 |
| FRANK WILLIAMS | : | ORDER |
| | : | |

This matter having come before the Court on application by the Government, by Paul J. Fishman, United States Attorney for the District of New Jersey (Jonathan W. Romankow, Assistant United States Attorney, appearing) upon the indictment of defendant Frank Williams for possession of a firearm by a convicted felon, for an order detaining defendant without bail, and the defendant (David Holman, Esq. appearing) having consented to detention without bail at this time, and for good cause shown;

IT IS THE FINDING OF THIS COURT that defendant Frank Williams should be detained without bail for the following reasons:

1) a federal Grand Jury indicted defendant Frank Williams on December 15, 2009 for possession of a firearm by a convicted felon;

2) defendant Frank Williams was arraigned on March 15, 2010;

3) trial has been scheduled for May 24, 2010;

4) defendant Frank Williams is currently serving a New Jersey state prison sentence on Passaic County Superior Court Indictment 04-09-1275; and

5) defendant has consented to detention without bail at this time.

WHEREFORE, IT IS on this 14 day of April, 2010,

ORDERED that defendant Frank Williams is detained without bail in this matter; and

IT IS FURTHER ORDERED that should the circumstances of his incarceration on the New Jersey state charges change prior to trial, defendant Frank Williams reserves the right to appear before this Court at a future date in order to present a bail package.

_____
HONORABLE DENNIS M. CAVANAUGH
United States District Judge

Form and entry consented to:

_____
JONATHAN ROMANKOW
Assistant U.S. Attorney

_____
DAVID HOLMAN, ESQ.
Attorney for defendant Frank Williams