## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Dennis M. Cavanaugh |
| v. | : | Crim. No. 09-920 |
| FRANK WILLIAMS | : | ORDER FOR CONTINUANCE |
| | : | |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Jonathan W. Romankow, Assistant U.S. Attorney, appearing), and defendant FRANK WILLIAMS (David Holman, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right under 18 U.S.C. § 3161(b) to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1); and two continuance orders having been previously entered by this Court, and the defendant through his attorneys having waived such rights and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter a plea in Court, which would thereby render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, it is on this ___ day of October, 2010,

ORDERED that the proceedings in the above-captioned matter are continued for sixty (60) days from October 12, 2010; and it is further

ORDERED that the period between from October 12, 2010 through December 10, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DENNIS M. CAVNAUGH
United States District Judge

Form and entry
consented to:

_____
JONATHAN W. ROMANKOW
Assistant U.S. Attorney

_____
DAVID HOLMAN, Esq.
Counsel for defendant