UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

On Crim. No. 09-920

UNITED STATES OF AMERICA v. FRANK WILLIAMS, Defendant (Inmate # 582146, SBI #486161C)

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. FRANK WILLIAMS (Inmate # 582146, SBI #486161C) is now confined at Southern State Correctional Facility in Delmont, NJ.

2. Said individual will be required at U.S. District Court, Newark, New Jersey before the Honorable Dennis M. Cavanaugh, on Tuesday, November 23, 2010 at ~~9:00~~ a.m. for a Plea Hearing in the above-captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

*10:00 AM*

DMC.

DATED: November 16, 2010

JONATHAN W. ROMANKOW
Assistant United States Attorney
(973) 645-2884

---

ORDER FOR WRIT: Let the Writ Issue.

DATED: 16 Nov. 2010

HONORABLE DENNIS M. CAVANAUGH
United States District Judge

---

WRIT OF HABEAS CORPUS: The United States of America to
WARDEN OF Central Reception and Assignment Facility

WE COMMAND YOU that you have the body of FRANK WILLIAMS (Inmate # 582146, SBI #486161C) by whatever name called or charged) now confined in Southern State Correctional Facility, 4295 Route 47, Delmont, NJ before the United States District Court before the Honorable Dennis M. Cavanaugh, at the U.S. District Court, Newark, New Jersey on Tuesday, November 23, 2010 at 9:00 a.m.

WITNESS the Honorable Dennis M. Cavanaugh
United States District Judge at Newark, New Jersey

DATED: 16 Nov. 2010

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per:

Deputy Clerk