2009R01364
JWR/gr

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br>v.<br><br>FRANK WILLIAMS<br><br>*Defendant.* | Hon. Dennis M. Cavanaugh, U.S.D.J.<br><br>Criminal No. 09-920<br><br>FINAL ORDER OF FORFEITURE |

**WHEREAS**, on December 15, 2009, the United States filed an Indictment, Criminal No. 09-920, against Frank Williams (hereinafter the "Defendant"), charging him with possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1); and

**WHEREAS,** on November 23, 2010, the Defendant pled guilty to the Indictment ; and

**WHEREAS,** on November 23, 2010, a Consent Judgment and Preliminary Order of Forfeiture was entered between the United States and Frank Williams wherein the Defendant agreed to the forfeiture of the following property:

    a.    One Rossi Model 971 .357 caliber handgun bearing serial number F108449; and

    b.    Six .38 caliber bullets

(collectively the "Property") pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), for violation of 18 U.S.C. § 922(g)(1); and

**WHEREAS,** pursuant to 21 U.S.C. § 853(n)(1)as incorporated through 28 U.S.C. § 2461(c), a Notice of Forfeiture with respect to the Property was posted on the official internet government forfeiture website, namely http://www.forfeiture.gov for at least 30 consecutive days, beginning on January 23, 2011, and ending on February 21, 2011 (*See* Exhibit A to the Declaration of Jonathan W. Romankow with Exhibits); and

**WHEREAS** no claims or answers have been filed against the Property within the time permitted;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

**THAT** a Final Order of Forfeiture is entered against the following property:

    a.    One Rossi Model 971 .357 caliber handgun bearing serial number F108449; and

    b.    Six .38 caliber bullets ; and

**THAT** the herein described forfeited property shall be disposed of in accordance with the law by the United States through it's custodian, Bureau of Alcohol, Tobacco, Firearms and Explosives or their agent.

The Clerk is hereby directed to send copies to all counsel of record.

**ORDERED** this 20 day of April, 2011.

_____
Honorable Dennis M. Cavanaugh
United States District Judge